UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34182 |
|---|---|
| KEVIN JAMES HOUSEL | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4067227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 69 | WILSON MEMORIAL HOSPITAL<br>BOX 640615<br>CINCINNATI, OH  45264 | 96.16 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/31/2011

Certificate of Service 07-34182

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| KEVIN JAMES HOUSEL | RANDAL A HARVEY | (73.1n) |
| 222 E COLUMBUS ST | 9 W WATER ST | ASCENSION CAPITAL GROUP INC |
| ST HENRY, OH  45883 | TROY, OH  45373 | % JP MORGAN CHASE BANK |
|  |  | NATIONAL ASSOCIATION DEPARTMENT |
|  |  | BOX 201347 |
|  |  | ARLINGTON, TX  76006 |

| (71.1n) | (72.1n) | (69.1) |
| JP MORGAN CHASE BANK NA | THEODORE A KONSTANTINOPOULOS | WILSON MEMORIAL HOSPITAL |
| ATTN BANKRUPTCY DEPARTMENT | JAVITCH BLOCK RATHBONE | BOX 640615 |
| BOX 24603 | 1100 SUPERIOR AVE  19TH FL | CINCINNATI, OH  45264 |
| COLUMBUS, OH  43219 | CLEVELAND, OH  44114 |  |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv